

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**COMPLAINT FORM**

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Megan Coretta Cockfield

v.

Case No. _____
(To be supplied by the Court)

Michelle Stolzman
&
Christopher Hicks

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. Megan Cockfield (Plaintiff) is a citizen of Connecticut (State) who presently resides at 141 Weston St. Apt. 481 Hartford CT 06141 (mailing address)

2. Defendant Christopher Hicks (name of first defendant) is a citizen of Georgia (State) whose address is 901 E. 18th St. Tifton GA 31794

3. Defendant <u>Michelle Stolzman</u> is a citizen of <u>Georgia</u>
   (name of second defendant)                    (State)
whose address is <u>901 E. 18th St. Tifton GA 31794</u>.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION
The jurisdiction of this court is invoked pursuant to: (list statute(s))

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Medical Malpractice.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** ~~Left~~ fallopian tube was extracted without permission or complication during surgery.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Upon ane emergency C-section, I felt I couldn't breath. Mr. Hicks screamed "If you can talk you can breath". Around two minutes later I heard left tube out. I passed out and Mrs. Stokman woke me up to inform me she was to tie my tubes. One week later I was rushed to the ER because I couldn't breath. My oxygen was 40% percent when I arrived. I was diagnosed with CHF and was rushed to ICU.

**Claim II:** _____

Supporting Facts:

3

### E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)



Due to the complications I'm having ~~with~~ from pain because of the act that was done, I am asking for 50 million dollars.

### F. JURY DEMAND

Do you wish to have a jury trial?  Yes        (No) 

_Megan C. Cockfield_
_____          _____
Original signature of attorney (if any)   **Plaintiff's Original Signature**

_____          Printed Name
Printed Name                          Megan C. Cockfield

( )                                   702 439-0047
Attorney's full address and telephone  Plaintiff's full address and telephone

Email address if available            Email address if available
                                      megan28cockfield@gmail.com

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
              (location)                      (date)

_____
**Plaintiff's Original Signature**

(Rev.3/29/16)

5